IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BONNIE WILSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNUM LIFE INSURANCE COMPANY OF, )<br>AMERICA, )<br>)<br>Defendant. ) | CA No. 05-1089 |

AMBROSE, Chief District Judge.

## ORDER OF COURT

**AND NOW**, this **12th** day of December, 2005, the parties to the above-captioned action have reached an amicable settlement of their respective claims and stipulate that the action may be dismissed with prejudice.

It is, accordingly, ORDERED that the above-captioned action is hereby DISMISSED <u>with prejudice</u> pursuant to Fed.R. Civ.P.41(a)(2). Entry of the foregoing Order is hereby consented to this **12th** day of December, 2005.

BY THE COURT:

_____
Donetta W. Ambrose,
Chief U. S. District Judge

_____
Attorney for Plaintiff
Scott Spadafore

_____
Attorney for Defendant
James Rodgers

1